

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Craig Lyndon Bell, Appellant

No. 06-17-00190-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2016-C-0325). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Craig Lyndon Bell, pay all costs of this appeal.

RENDERED JULY 18, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk